IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEWIS GIBSON
Reg. #25719-076                                                    PETITIONER

v.                       No. 2:16-cv-122-DPM

C. V. RIVERA, Warden, FCI-Medium; and
UNITED STATES OF AMERICA                                           RESPONDENTS

ORDER

Unopposed recommendation, № 2, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court directs the Clerk to transfer Gibson's petition to the Western District of Tennessee, where Gibson was sentenced.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2016